1

2

3                          UNITED STATES DISTRICT COURT

4                          NORTHERN DISTRICT OF CALIFORNIA

5                                  OAKLAND DIVISION

6

7   CHRISTOPHER CARREA, JR.,

8                  Plaintiff,                        No. C 13-3762 PJH (PR)

9     vs.                                            **ORDER TO SHOW CAUSE**

10  JEFFERY BEARD, et. al.,

11                 Defendants.

12  _____/

13          Plaintiff, a state prisoner, filed a pro se civil rights complaint under 42 U.S.C. § 1983

14  that was dismissed and closed at screening.  The Ninth Circuit affirmed in part, reversed in

15  part, and remanded the case back to this court to address plaintiff's deliberate indifference

16  to serious medical needs claim which had not been addressed in this court's original

17  screening order.  However, it is not clear where the events occurred that gave rise to this

18  medical claim.  It appears that the events occurred at California Men's Colony which is

19  located in the Central District of California.  However, in an earlier complaint plaintiff

20  referenced a prison facility in Jamestown, California which is located in the Eastern District

21  of California.  While the complaint is not clear, it does not appear that the medical claim

22  occurred in this district or that any of the appropriate defendants reside in this district.

23  Plaintiff shall show cause why this case should not be transferred and also identify where

24  the medical claim occurred and which defendants were involved in this claim.  This

25  information is also necessary to effectuate service on the defendants.

                                            **CONCLUSION**

27          1.  This case is reopened.

28          2.  Petitioner shall show cause by **February 23, 2015**, identifying where the medical

1 claim occurred and the involved defendants.

2   3.  Plaintiff motion for medical records (Docket No. 32) is **DENIED** because no

3 defendants have been served yet.

4   **IT IS SO ORDERED.**

5 Dated: January 20, 2015.

                    _____

6                PHYLLIS J. HAMILTON
                United States District Judge

7 G:\PRO-SE\PJH\CR.13\Carrea3762.remand.wpd

**United States District Court**
For the Northern District of California

2