UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER CARREA, JR., | |
| Plaintiff, | No. C 13-3762 PJH (PR) |
| vs. | **ORDER OF TRANSFER** |
| JEFFERY BEARD, et. al., | |
| Defendants. | |

Plaintiff, a state prisoner, filed a pro se civil rights complaint under 42 U.S.C. § 1983 that was dismissed and closed at screening. The Ninth Circuit affirmed in part, reversed in part, and remanded the case back to this court to address plaintiff's deliberate indifference to serious medical needs claim. However, it was not clear where the events occurred that gave rise to this medical claim. It appeared that the events occurred at California Men's Colony which is located in the Central District of California. However, in an earlier complaint plaintiff referenced a prison facility in Jamestown, California which is located in the Eastern District of California. Plaintiff was ordered to show cause why this case should not be transferred and to identify where the medical claim occurred and which defendants were involved in the claim. Plaintiff has filed a response.

Plaintiff has not specifically identified where the medical claim occurred. He states that events occurred at California Institute for Men, California Men's Colony, and California Rehabilitation Center. All these facilities are located in the Central District of California. Venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the

subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b).

Plaintiff argues that the Attorney General's Office has many attorneys located in the Northern District, however because the events occurred in the Central District and it appears that the defendants reside in that district, the case will be transferred. Accordingly, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a).

**IT IS SO ORDERED.**

Dated: February 18, 2015.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.13\Carrea3762.transfer.wpd

2