O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CARREA, | NO. CV 15-1185-CAS (MAN) |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| JEFFREY BEARD, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Interim Report and Recommendation of United States Magistrate Judge ("First Interim Report"). Petitioner has submitted no Objections to the Report.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) the improperly-included claim -- the one captioned with Roman numeral VI in the Second Amended Complaint -- is DISMISSED from the action, without leave to amend; and (2) Defendants M.D. Haar and E. Valenzuela are DISMISSED

\\
\\
\\
\\

from the action, for they are targeted only in the just-dismissed portion of the Second Amended Complaint.

IT IS SO ORDERED.

DATED: July 30, 2015.

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE