UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. CV 15-1185-CAS (KS)            Date: December 15, 2015

Title    *Christopher Carrea v. Dr. Wang et al*

Present: The Honorable:    Karen L. Stevenson, United States Magistrate Judge

| Roxanne Horan-Walker | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

**Proceedings: ORDER TO SHOW CAUSE RE: DISMISSAL**

      On July 31, 2015, the Court ordered service of Plaintiff's Second Amended Complaint against Dr. Wang, Dr. Yee, M. Murphy D.D.S, M. Farooq, and others. In that complaint, Plaintiff alleges that the defendants were deliberately indifferent to his serious medical needs.

      On Octonber 27, 2015, Defendants Yee, Murphy, and Farooq filed a Motion To Dismiss ("Motion"). (Dkt. No. 90.) On October 28, 2015, the Court vacated the December 1, 2015 hearing on the Motion and ordered plaintiff to file and serve his Opposition to the Motion no later than November 27, 2015. (Dkt. No. 91.) Plaintiff's deadline for filing the Opposition lapsed 18 days ago and Plaintiff has neither filed an Opposition nor communicated with the Court regarding his case in over a month. Accordingly, **Plaintiff is ORDERED TO SHOW CAUSE, on or before December 30, 2015, why this action should not be dismissed for failure to oppose a motion to dismiss and prosecute his case.**

      To discharge this Order, Plaintiff must file: (1) a declaration signed under penalty of perjury that establishes good cause for Plaintiff's failure to comply with the Court's October 28, 2015 order; and (2) an Opposition to the Motion.

      **Plaintiff's failure to timely respond to this order and establish good cause for his failure to comply with the October 28, 2015 order <u>will</u> result in a recommendation to dismiss this case pursuant to Fed. R. Civ. P. 41(b) and Local Rules 7-12 and 41-1.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 15-1185-CAS (KS)            Date: December 15, 2015

Title  *Christopher Carrea v. Dr. Wang et al*

       The clerk is directed to send Plaintiff a copy of the October 27, 2015 Motion and a copy of the Court's October 28, 2015 Order.

       **IT IS SO ORDERED.**

                                                                                      :

**Initials of Preparer**    rh