**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **CHRISTOPHER CARREA, JR.,** | ) | NO. cv-15-1185 CAS (KS) |
| **Plaintiff,** | ) | |
| v. | ) | **ORDER ACCEPTING FINDINGS AND** |
| | ) | **RECOMMENDATIONS OF UNITED STATES** |
| **DR. WANG, et al.,** | ) | **MAGISTRATE JUDGE** |
| **Defendant.** | ) | |
| _____ | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint ("Complaint"), all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Magistrate Judge's Report and Recommendation ("Objections"). Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) the Complaint is DISMISSED; and (2) Judgment shall be entered dismissing this action with prejudice.

DATED: February 18, 2016

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE