JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER CARREA, JR., | ) | NO. cv-15-1185 CAS (KS) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| DR. WANG, et al., | ) | |
| Defendant. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:   February 18, 2016

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE